JASON M. FRIERSON
Acting United States Attorney
District of Nevada
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar No. 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6138/Fax: 702.388.6418
Imani.dixon@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACCOB APFEL-JARUS,<br><br>Defendant. | Case No.: 2:23-mj-1012-NJK<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for JACCOB APFEL-JARUS (ID # 1273273)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Ely State Prison, Ely, Nevada, and the United States Marshal for the District of Nevada to produce JACCOB APFEL-JARUS, before the United States District Court on or about February 29, 2024 at 9:30 a.m. in Courtroom #3C for initial appearance regarding a Criminal Complaint.

JACCOB APFEL-JARUS is currently in the custody of the Warden, Ely State Prison, Nevada.

On November 22, 2023, a criminal complaint was filed in the above-captioned matter charging JACCOB APFEL-JARUS.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce JACCOB APFEL-JARUS, before this Court for the purpose of initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Ely State Prison, Ely, Nevada.

Respectfully submitted this 20th day of February, 2024.

JASON M. FRIERSON
United States Attorney

By Imani Dixon
IMANI DIXON
Assistant United States Attorney

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACCOB APFEL-JARUS,

Defendant.

Case No.: 2:23-mj-1012-NJK

**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For JACCOB APFEL-JARUS (ID # 1273273)**

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of JACCOB APFEL-JARUS, before the United States District Court at Las Vegas, Nevada, on or about February 29, 2024 at 9:30 a.m. in Courtroom #3C, for initial appearance regarding a Criminal Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: February 20, 2023

_______________________________
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JACCOB APFEL-JARUS,

Defendant

Case No.: 2:23-mj- 1012 -NJK

**Writ of Habeas Corpus Ad Prosequendum for JACCOB APFEL-JARUS (ID # 1273273)**

TO: WARDEN,
ELY STATE PRISON
ELY], NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**G R EE T I N G S**

WE COMMAND that you have the body of JACCOB APFEL-JARUS detained in the custody of the Warden, Ely State Prison, Ely, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 29, 2024 at 9:30 a.m. in Courtroom #3C, for initial appearance regarding a Criminal Complaint and from time to time and day to day thereafter, at such JACCOB APFEL-JARUS times and places as may be ordered and directed by the Court entitled above, until JACCOB APFEL-JARUS, is released and discharged by the said Court; and that you shall thereafter return JACCOB APFEL-JARUS, to the custody of the

Warden, Ely, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED: February 20, 2023

________________________________________
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

ATTEST: DEBRA K. KEMPI, Clerk
United States District Court

DATED:

By ________________________
Deputy