**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JACCOB WILLIAM APFEL-JARUS,<br><br>                Defendants. | Case No.: 2:23-mj-01012-NJK<br><br>**Order**<br><br>(Docket No. 5) |

Pending before the Court is Defendant's *pro se* motion to run case concurrent. Docket No. 5. As Defendant is now represented by counsel, Docket No. 15, that motion is hereby DENIED without prejudice, *see* LR IA 11-6(a).

IT IS SO ORDERED.

DATED: April 23, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE